O. B. MORRIS et al. v. STATE.

No. A-3340—Opinion Filed October 2, 1920.

Rehearing Denied April 14, 1921.

(196 Pac. 742.)

Appeal from County Court, Tulsa County; H. L. Standeven, Judge.
O. B. Morris and Bud Nelson were convicted of having unlawful possession of beer with intent to sell it, and they appeal. Judgment affirmed.

O'Meara, Bush & Moss, for plaintiffs in error.

The Attorney General and W. C. Hall, Asst. Atty. Gen., for the State.

PER CURIAM. Plaintiffs in error, O. B. Morris and Bud Nelson, were jointly informed against and tried and convicted upon an information charging that they did have in their possession five bottles of beer with intent to barter and sell the same, and in pursuance of the verdict they were each sentenced to be confined in the county jail for 30 days and to pay a fine of $50.

An examination of the record discloses no error sufficient to warrant a reversal of the judgments, and the same are affirmed.